# EXHIBIT A

GERARD C. RICKHOFF    DONNA KAY MCKINNEY
COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2016CI20291

**Name**:

**Date Filed** : 11/22/2016

**Case Status** : PENDING

**Litigant Type** : PLAINTIFF

**Court** : 408

**Docket Type** : OTHER CIVIL CASES

**Business Name** : ST RAPHAELS SURGERY CENTER LLC

**Style** : ST RAPHAELS SURGERY CENTER LLC

**Style (2)** : vs AETNA LIFE INSURANCE COMPANY

# Case History

*Currently viewing 1 through 4 of 4 records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00001 | 11/28/2016 | CITATION CERTIFIED MAIL<br>AETNA LIFE INSURANCE COMPANY<br>ISSUED: 11/28/2016 RECEIVED: 11/28/2016<br>EXECUTED: 12/1/2016 RETURNED: 12/5/2016 |
| P00003 | 11/23/2016 | CIVIL CASE INFORMATION SHEET |
| P00002 | 11/22/2016 | SERVICE ASSIGNED TO CLERK 2 |
| P00001 | 11/22/2016 | PETITION |

GERARD C. RICKHOFF      DONNA KAY McKINNEY

COUNTY CLERK & DISTRICT CLERK
COURT RECORDS SEARCH

# Case #2016CI20291

**Name**:

**Date Filed** : 11/22/2016

**Case Status** : PENDING

**Litigant Type** : DEFENDANT

**Court** : 408

**Docket Type** : OTHER CIVIL CASES

**Business Name** : AETNA LIFE INSURANCE COMPANY

**Style** : ST RAPHAELS SURGERY CENTER LLC

**Style (2)** : vs AETNA LIFE INSURANCE COMPANY

# Case History

*Currently viewing 1 through 4 of 4 records*

| Sequence | Date Filed | Description |
|---|---|---|
| S00001 | 11/28/2016 | CITATION CERTIFIED MAIL<br>AETNA LIFE INSURANCE COMPANY<br>ISSUED: 11/28/2016 RECEIVED: 11/28/2016<br>EXECUTED: 12/1/2016 RETURNED: 12/5/2016 |
| P00003 | 11/23/2016 | CIVIL CASE INFORMATION SHEET |
| P00002 | 11/22/2016 | SERVICE ASSIGNED TO CLERK 2 |
| P00001 | 11/22/2016 | PETITION |

Case 5:16-cv-01295-OLG   Document 1-3   Filed 12/22/16   Page 5 of 5