**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ST. RAPHAEL SURGERY CENTER,** | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **V.** | § | |
| | § | **CIVIL ACTION NO. 5:16-cv-1295-OLG** |
| **AETNA LIFE INSURANCE** | § | |
| **COMPANY,** | § | |
| | § | |
| *Defendant.* | § | |
| | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff St. Raphael Surgery Center ("Plaintiff") stipulates to the dismissal with prejudice of all its claims and causes of action asserted in this lawsuit, and in support would show it no longer wishes to pursue its claims and causes of action in this lawsuit.

WHEREFORE, Plaintiff prays that its respective claims asserted in this lawsuit be dismissed with prejudice, and that each party bears its own attorneys' fees and costs of court.

Respectfully submitted,


/s/ Charles Scott Nichols                          /s/ Dimitri Zgourides
CHARLES SCOTT NICHOLS                    JOHN B. SHELY
*scott.nichols@strasburger.com*                Texas Bar No. 18215300
STRASBURGER & PRICE, LLP             *jshely@andrewskurth.com*
909 Fannin Street, Suite 2300                 DIMITRI ZGOURIDES
Houston, Texas 77010                            Texas Bar No. 00785309
CAROLYN L. DOUGLAS                      *dzgourides@andrewskurth.com*
*carrie.douglas@strasburger.com*             ANDREWS KURTH KENYON LLP
STEPHEN T. DENNIS                          600 Travis, Suite 4200
*Stephen.dennis@strasburger.com*           Houston, Texas 77002
STRASBURGER & PRICE, LLP             (713) 220-4200 - Phone
2301 Broadway Street                            (713) 220-4285 - Fax
San Antonio, Texas 78215

                                                         **ATTORNEYS FOR DEFENDANT**
**ATTORNEYS FOR PLAINTIFF**


## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 14, 2017, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who are known "Filing Users:"

>       John B. Shely
>       *jshely@andrewskurth.com*
>       Dimitri Zgourides
>       *dzgourides@andrewskurth.com*


                                   /s/ Scott Nichols
                                   Charles "Scott" Nichols

HOU:3846900.1
2655088.1/SPSA/32236/0103/121417