FILED

JAN 0 8 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ST. RAPHAEL SURGERY CENTER,<br><br>*Plaintiff,*<br><br>V.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>*Defendant.* | CIVIL ACTION NO. 5:16-cv-1295-OLG |

## AGREED FINAL JUDGMENT

The Stipulation of Dismissal came on for consideration by the Court. The Court, having considered the matter, finds and concludes that all claims and causes of action asserted by Plaintiff St. Raphael Surgery Center ("Plaintiff") should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

Therefore, it is ORDERED that all of Plaintiff's claims and causes of action asserted in this lawsuit are dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

Jan. 8, 18

_____
UNITED STATES DISTRICT JUDGE